IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELAINE CHAO, Secretary of Labor          :
United States Department of Labor,       :
                                         :
    Plaintiff,                           :
                                         :        CIVIL ACTION NO.
    vs.                                  :        1:06-CV-0495-RWS
                                         :
                                         :
LOCAL UNION 728, INTERNATIONAL           :
BROTHERHOOD OF TEAMSTERS,                :
CHAUFFEURS, WAREHOUSEMEN                  :
AND HELPERS OF AMERICA,                   :
                                         :
    Defendant.                           :

**MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff, Secretary of Labor, hereby states that, pursuant to Order of this

Court dated September 22, 2006, Defendant Local 728 held an election for the

office of Third Trustee on December 2, 2006.  The election was conducted under

the supervision of Plaintiff.  The Certification of Election and supporting

Declaration of Cynthia M. Downing, Chief of the Division of Enforcement, Office

of Labor-Management Standards (OMLS), United States Department of Labor, are

attached as Exhibits 1 and 2.  Plaintiff hereby certifies that the election was conducted in accordance with the provisions of Title IV of the Labor Management Reporting Disclosure Act of 1959, 29 U.S.C. § 481, et seq., and moves this Court for entry of final judgment in this case.

A proposed judgment accompanies this motion.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

Dated: _2/5/2007_____          _/s/ Mina Rhee_
                                MINA RHEE
                                ASSISTANT U.S. ATTORNEY
                                Ga. Bar No. 602047
                                600 U.S. Courthouse
                                75 Spring Street, SW
                                Atlanta, Georgia 30303
                                mina.rhee@usdoj.gov
                                (404) 581-6302
                                fax: (404) 581-6163

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing **United States' Motion for Entry of Final Judgment and Proposed Judgment** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

James D. Fagan, Jr.
Stanford Fagan LLC
1401 Peachtree St. NE
Suite 238
Atlanta, GA 30309
jdf@sfglawyers.com

This 5th day of February, 2007.

/s/Mina Rhee
MINA RHEE
ASSISTANT U.S. ATTORNEY
mina.rhee@usdoj.gov