IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ELAINE CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) ) | 1:06-CV-0495-RWS |
| v. | ) ) | |
| LOCAL UNION 728, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above manner under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to an Order entered September

21, 2006, in the United States District Court for the Northern District of Georgia, Atlanta

Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and

Disclosure Act of 1959 (29 U.S.C. 481 *et seq.)* and in conformity with the Constitution and

By-laws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of

1959 (29 U.S.C. 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidate has been duly elected to the office designated:

Alan Lamb                                Third Trustee

Attached herewith is a declaration setting forth the protests concerning violations which were alleged to have occurred in the conduct of the election and the findings of our investigation of these protests.

Signed this 16th day of January 2007.

Cynthia M. Downing, Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor