IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELAINE CHAO, Secretary of Labor
United States Department of Labor,

      Plaintiff,

      vs.

LOCAL UNION 728, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
CHAUFFEURS, WAREHOUSEMEN
AND HELPERS OF AMERICA,

      Defendant.

CIVIL ACTION NO.
1:06-CV-0495-RWS

**FINAL JUDGMENT**

It appearing to the Court that, pursuant to an Order of the Court entered on

September 22, 2006, Defendant, Local 728, conducted an election for the office of

Third Trustee under the supervision of Plaintiff; and that Plaintiff has filed a

Certification of Election and supporting Declaration of Cynthia M. Downing, Chief

of the Division of Enforcement, Office of Labor-Management Standards (OMLS),

United States Department of Labor stating that the election was conducted in

accordance with the provisions of Title IV of the Labor Management Reporting

Disclosure Act of 1959 (29 U.S.C. § 481, et seq.), and the Court having considered

said Certification and Declaration, and being fully advised; it is, upon motion of

Plaintiff, hereby:

ADJUDGED ORDERED AND DECREED that the person certified is the

duly elected Third Trustee of the Defendant, and

That each party shall bear its own costs and fees, including attorney fees,

incurred at any stage of these proceedings.

Entered this ___9th___ day of ~~February~~ March, 2007.

RICHARD W. STORY
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_/s/_Mina Rhee_____
Mina Rhee
Assistant United States Attorney